**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6082**

SERWAN MIZORI,

            Petitioner - Appellant,

        v.

WARDEN R. BROWN,

            Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00001-JPB-JPM)

Submitted:  May 30, 2024                                         Decided:  June 4, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Serwan Mizori, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Serwan Mizori, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition, in which Mizori sought to challenge his sentence by way of the savings clause in 28 U.S.C. § 2255, for lack of jurisdiction. Pursuant to § 2255(e), a prisoner may challenge his conviction and sentence in a petition for a writ of habeas corpus pursuant to § 2241 only if a § 2255 motion would be inadequate or ineffective to test the legality of his detention. In light of the Supreme Court's decision in *Jones v. Hendrix*, 599 U.S. 465, 477-80 (2023) (holding that petitioner cannot use § 2241 petition to mount successive collateral attack on validity of federal conviction or sentence), we conclude that Mizori cannot pursue his claims in a § 2241 petition. Accordingly, we affirm the district court's order. *Mizori v. Brown*, No. 5:24-cv-00001-JPB-JPM (N.D.W. Va. Jan. 3, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*